AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| BRIAN F. HYNES; VENDOR ASSISTANCE PROGRAM, LLC; BLUE STONE FINANCE, LLC; GREYSAND FINANCE, LLC; GREYSAND CAPITAL, LLC;<br><br>*Plaintiff(s)*<br><br>v.<br><br>FORDE & O'MEARA LLP; MICHAEL K. FORDE; LEONARD TRIAL LAWYERS LLC; MICHAEL I. LEONARD<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-01140 (SCC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL I. LEONARD
120 N. LaSalle St., 20th Floor
Chicago, IL 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: (1) Oreste R. Ramos (oramos@pmalaw.com) and Arturo L.B. Hernandez-Gonzalez
(ahernandez@pmalaw.com), Popular Center, Floor 19, 208 Ponce de Leon Avenue,
San Juan, Puerto Rico 00918;
(2) Henry O. Freese-Souffront (hf@mcvpr.com), 270 Muñoz Rivera Avenue, Hato Rey,
Puerto Rico 00918;
(3) Carlos A. Valldejuly (carlos.valldejuly@oneillborges.com) and Jorge A. Candelaria-Serrano
(jorge.candelaria@oneillborges.com), 250 Muñoz Rivera Avenue, Suite 800, San Juan,
Puerto Rico 00918-1813;
and (4) Juan R. Rivera-Font (juan@riverafont.com), 27 Gonzalez Giusti St., Ste. 602,
Guaynabo, Puerto Rico 00968

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 03/30/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01140 (SCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Michael I. Leonard__
was received by me on *(date)* __5/20/23__.

☒ I personally served the summons on the individual at *(place)*
__621 Franklin Ave River Forest, IL, 60305__ on *(date)* __5/20/23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/26/2023__

*Server's signature*

__Kathy DiNunno - Process server__
*Printed name and title*

__19150 S. 88th Ave Mokena, IL 60448__
*Server's address*

Additional information regarding attempted service, etc: