# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRIAN F. HYNES; VENDOR ASSISTANCE PROGRAM, LLC; BLUE STONE FINANCE, LLC; GREYSAND FINANCE, LLC; GREYSAND CAPITAL, LLC;<br><br>Plaintiffs,<br><br>v.<br><br>FORDE Y O'MEARA LLP; MICHAEL K. FORDE; LEONARD TRIAL LAWYERS LLC; MICHAEL I. LEONARD;<br><br>Defendants. | CIVIL NO.  23-cv-01140(SCC)<br><br>TORTS |

## NOTICE OF APPEARANCE

TO THE HONORABLE SILVIA CARREÑO COLL
UNITED STATES DISTRICT JUDGE

Co-defendants Leonard Trial Lawyers, LLC and Michael I. Leonard through

the undersigned counsel respectfully allege and pray as follows:

1.      The undersigned has been retained by Leonard Trial Lawyers, LLC and

Michael I. Leonard to represent them in the captioned matter and requests to be

notified of all pleadings, motions, orders, resolutions and any other document filed

before or by the Court in the instant case by way of the electronic address provided

in the Electronic Case Filing System Attorney Registration Form, which has been previously submitted to the Court.

WHEREFORE Leonard Trial Lawyers, LLC and Michael I. Leonard and the undersigned counsel respectfully request that the Court take note of the foregoing.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this date I have filed the foregoing document using the CM/ECF system which will notify to all counsel of record.

In San Juan, Puerto Rico, this 8th day of June, 2023.

*s/Rubén T. Nigaglioni*
Rubén T. Nigaglioni
USDC-PR No. 119901
Attorney for Plaintiffs
Nigaglioni Law Offices PSC
P.O. BOX  9023865
SAN JUAN, PR 00902-3865
Telephone: (787)765-9966
Telefax:     (787)751-2520
rtn@nigaglionilaw.com
